IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | | |
|---|---|---|
| ALLSTATE INSURANCE COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CASE NO.: |
| v. | ) | |
| | ) | 03-RRA-1280-M |
| ALABAMA POWER COMPANY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**Memorandum Opinion**

The case is presently before the court on the Motion for Summary Judgment of Alabama Power Company ("APCO").  (Doc. 38).  The court has considered the entire file in this action together with the Magistrate Judge's Report and Recommendation.  No objections have been filed to said report.  The court has reached an independent conclusion that the Magistrate Judge's Report and Recommendation (doc. 57) is due to be adopted and approved.  The court hereby adopts and approves the findings and recommendation of the magistrate judge as the findings and conclusions of the court.  In accord with the recommendation, the Motion for Summary Judgment is due to be **GRANTED,** and the Plaintiff's claims against APCO are due to be **DISMISSED**.  An appropriate order will be entered.

**DONE** this 5th day of January, 2006.

_____
WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE